UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN GONZALEZ, individually and on behalf of others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>STONE TECH INDUSTRIES LLC, et al.,<br><br>                      Defendants. | 23-cv-3781 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, **by August 25, 2023**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been communications with Defendants, and (3) whether Plaintiff intends to move for default judgment or otherwise dismiss this case. The letter shall not exceed two (2) pages.

    SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge