# LAW OFFICES OF NOLAN KLEIN, P.A.

ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10016
PH: (646) 560-3230

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Nolan Klein, Esq.
klein@nklegal.com

www.nklegal.com

November 27, 2023

**VIA ECF**
Honorable Judge Arun Subramanian
United States District Court
500 Pearl Street, Courtroom 15 A
New York, NY 10007

> **Re:** *__Gonzalez v. Stone Tech Industries LLC, et al.__*
> *SDNY Case No.: 1:23-cv-03781*

Dear Judge Subramanian:

This office represents the Plaintiffs, Adrian Gonzalez, Andres Guzman, Juan Lituma and Ubaldo Garcia in the above-captioned case.

On October 25, 2023, an Order was entered granting Plaintiffs' additional time through to today, November 27, 2023, to move for final default judgment against Defendants, Stone Tech Industries, LLC, and Salih Ozen. Counsel for Plaintiffs have prepared a motion for final default judgment with supporting affidavits for filing, however, are awaiting signatures on the affidavits from the Plaintiffs. As such, Plaintiffs respectfully request that Your Honor grant a brief extension of time through to December 1, 2023, for the Plaintiffs to move for final default judgment against both Defendants. This is the fourth request of this type and no other dates will be affected by this request.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   _/s/ Nolan Klein_
     NOLAN KLEIN, ESQ.

NKK/amd
cc: Erik M. Bashian, Esq.

Plaintiffs' motion is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 29, 2023