UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ADRIAN GONZALEZ, individually
and on behalf of others similarly situated,

        CASE NO.: 1:23-cv-03781-VEC

        Plaintiff,

        **[PROPOSED] DEFAULT JUDGMENT**

    v.

STONE TECH INDUSTRIES LLC,
a New York limited liability company,
and SALIH OZEN, an individual,

        Defendants.
------------------------------------------------------X

      The Summons and Complaint in this action having been duly served on the above-named Defendants STONE TECH INDUSTRIES LLC and SALIH OZEN, and said Defendants having failed to plead or otherwise defend this action, and said default having been duly noted, and upon the annexed declarations in support of entry of default judgment, with exhibits thereto;

      NOW, on motion of by the Law Offices of Nolan Klein, P.A., and Bashian & Papantoniou, P.C., counsel for Plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED:

      That Plaintiffs ADRIAN GONZALEZ, UBALDO GARCIA, JUAN LITUMA, AND ANDRES GUZMAN, have judgment against Defendants STONE TECH INDUSTRIES LLC, and SALIH OZEN, in the sum of in the amount of $ $93,360.41. As demonstrated by evidence herein, this amount is comprised of (a) in favor of Adrian Gonzalez in the sum of $38,795.18; (b) in favor of Plaintiff Ubaldo Garcia in the sum of $23,176.83; (c) in favor of Plaintiff Juan Lituma in the sum of $21,161.75; and (d) in favor of Plaintiff Andres Guzman Gonzalez in the sum of $10,226.65.

      That if any amounts remain unpaid upon the expiration of ninety days following issuance

102854v3

of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

**DATED**:

_____<br>
**UNITED STATES DISTRICT JUDGE**